FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0373



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0373

IN RE THE MARRIAGE OF:

PAUL S. PARISER,

      Petitioner and Appellee,

  and

JUDITH SHRIAR,

      Respondent and Appellant.

ORDER OF MEDIATOR
APPOINTMENT

JUDITH SHRIAR,

      Counter Plaintiff and Appellant,

    v.

PAUL S. PARISER,

      Counter Defendant and Appellee.

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Antonia Prudich Marra, P.O. Box 1525, Great Falls, MT 59403, (406)268-1000, amarra@marralawfirm.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this August 12, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Paul S. Pariser, 2625 Michener Road, Big Sky, MT 59730 and
        P.O. Box F, Oakville, WA 98568
    David L. Charles, 2722 3rd Avenue N., Ste. 400, Billings, MT 59101,
        (406)545-5277, dlcharles@belinmccormick.com
    Antonia Prudich Marra, see address above